IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-MJ-58-RP

YAHYA MOHAMED MOSLEH
ISLAM MOSLEH

**ORDER SUA SPONTE STAYING ORDERS SETTING CONDITIONS OF RELEASE**

This matter is before the undersigned for a ruling on the government's recent request for a stay pending appeal of the Orders Setting Conditions of Release in this matter [Doc. 18].

After said Notice [Doc. 18] was filed by the government, at 4:52 p.m., a response in opposition to the stay was filed by counsel for Yahya Mohamed Mosleh. [Doc. 26]. Nevertheless, the Court will *sua sponte* stay its ruling and the government will be required to, no later than **10:00 a.m. tomorrow, October 2, 2026**, fully brief the appropriateness and legal basis for a further stay.

This matter will be stayed *sua sponte* in the interim pursuant to the administration of orderly justice.

IT IS SO ORDERED this the 1st day of October, 2026.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE