IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. No. 3:26CR170

YAHYA MOHAMED MOSLEH

MOTION FOR DETENTION HEARING AND DETENTION OF THE DEFENDANT

Comes now, the United States of America, by and through the United States Attorney and undersigned Assistant United States Attorney and moves this Court for detention of the defendant in this matter.

The Government requests a detention hearing and detention of the defendant under Title 18, United States Code, Section 3142 (f)(2) in that there is a serious risk that such persons will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or to attempt to threaten, injure or intimidate a prospective witness or juror. As such, the Government requests that the defendant be detained until a hearing can be held on this matter.

This the 20TH of October 2026.

Respectfully Submitted,

SCOTT F. LEARY
United States Attorney
MS Bar No. 8985

By: */s/ Clyde McGee*
CLYDE MCGEE
Assistant United States Attorney
MS Bar No. 102229
900 Jefferson Avenue
Oxford, Mississippi 38655
Phone: 662-234-3351