IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. CAUSE NO. 3:26cr0170-GHD-RP

YAHYA MOHAMED MOSLEH

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed.R.Crim.P. 10(b), Yahya Mohamed Mosleh, defendant in the above-styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to Count One of the Indictment. The defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment, and maximum statutory penalties, with his attorney.

Dated: October 27, 2026

Yahya Mohamed Mosleh, Defendant

M. Scott Davis, Attorney

*Translated into Arabic:*

*Dr. Charles Joukhadar, Interpreter*

ACCEPTED BY THE COURT this the 27th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE